### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**ROBERT BOUTWELL, JR.**                                  **PLAINTIFF**

**v.**                               **CIVIL ACTION NO. 1:22-cv-345-TBM-RPM**

**JACKSON COUNTY, MISSISSIPPI**                       **DEFENDANT**

### FINAL JUDGMENT

This matter is before the Court on the submission of the Report and Recommendation [24] entered by United States Magistrate Judge Robert P. Myers on October 17, 2023. The Court, having entered a separate order this same day, finds that this matter should be dismissed.

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for failure to prosecute. This CASE is CLOSED.

THIS, the 19th day of December, 2023.

                                      TAYLOR B. McNEEL
                                      UNITED STATES DISTRICT JUDGE